DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Department of Transp. v. Roymac P'ship<br><br>Case below:<br>158 N.C. App. 403 | No. 375PA03 | 1. Def's (Roymac Partnership) PDR Under N.C.G.S. § 7A-31 (COA02-441)<br><br>2. Plt's (DOT) PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br><br>2. Allowed |
| Hargrove v. Batts Temporary Serv. Labor Works<br><br>Case below:<br>159 N.C. App. 466 | No. 480P03 | 1. Plt's NOA Based Upon a Constitutional Question (COA02-1397)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu<br><br>2. Denied |
| Howerton v. Arai Helmet, Ltd.<br><br>Case below:<br>158 N.C. App. 316 | No. 383PA03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-612) | Allowed<br>**08/21/03** |
| Hunt v. N.C. State Univ.<br><br>Case below:<br>159 N.C. App. 111 | No. 430A03 | 1. Plt's NOA Based Upon a Dissent in the COA (COA02-842)<br><br>2. Plt's PDR as to Additional Issues (COA02-842) | 1. ——<br><br>2. Denied |
| In re Appeal of Church of Yahshua the Christ at Wilmington<br><br>Case below:<br>160 N.C. App. 236 | No. 525P03 | 1. Petitioner's (Church's) NOA Based Upon a Constitutional Question (COA02-1005)<br><br>2. Petitioner's (Church's) PDR Pursuant to N.C.G.S. § 7A-31<br><br>3. Petitioner's (Church's) Motion for Temporary Stay | 1. Dismissed ex mero motu<br>**09/19/03**<br><br>2. Denied<br>**09/19/03**<br><br>3. Denied<br>**09/19/03** |
| In re Clayton<br><br>Case below:<br>159 N.C. App. 228 | No. 416P03 | Respondent's (Imogene Clayton) PDR Under N.C.G.S. § 7A-31 (COA02-732) | Denied |
| In re Hutchins<br><br>Case below:<br>159 N.C. App. 228 | No. 437P03 | Respondent's (Philip Allen Hutchins) PDR Under N.C.G.S. § 7A-31 (COA02-1322) | Denied |
| In re Lint<br><br>Case below:<br>158 N.C. App. 542 | No. 376P03 | Respondent's (Arminda Shaefer Ferguson) PDR Under N.C.G.S. § 7A-31 (COA02-1109) | Denied |